466 A.2d 1028

**James N. DUNN, Jr., and Martin Stein, Appellants,**

**v.**

**TAX REVIEW BOARD OF the CITY OF PHILADELPHIA.**

Supreme Court of Pennsylvania.

Argued Oct. 17, 1983.

Decided Oct. 31, 1983.

Leonard B. Rosenthal, Philadelphia, for appellants.

Gayle R. Smith, Asst. City Sol., Phildelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.